# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| JACK BOYDSTON, | ) | |
| Petitioner, | ) ) ) | |
| v. | ) ) | No. 4:11-CV-916-TCM |
| DAVE DORMIRE, | ) ) ) | |
| Respondent. | ) | |

## ORDER OF DISMISSAL

In accordance with the Memorandum and Order entered this same date,

**IT IS HEREBY ORDERED** that the instant 28 U.S.C. § 2254 action is **DISMISSED**, without prejudice.

**IT IS FURTHER ORDERED** that the Court will not issue a certificate of appealability.

Dated this 30th day of June, 2011.

/s/Jean C. Hamilton
JEAN C. HAMILTON
UNITED STATES DISTRICT JUDGE